**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHAD DOUGLAS PANTLE,

      Plaintiff,

v.   Case No:   6:24-cv-1591-CEM-LHP

CHARLES G. CRAWFORD and
MELANIE FREEMAN CHASE,

      Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 14)**
>
> **FILED:** October 4, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendants have not supplemented the motion as required by Local Rule 3.01(g)(3).   *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently

attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice). Defendants may re-file the motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

> **MOTION:** MOTION TO EXTEND TIME TO ANSWER MOTION TO DISMISS PENDING THE OUTCOME OF MOTION OF ENTRY OF DEFAULT (Doc. No. 17)
>
> **FILED:** October 17, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiff seeks a 30-day extension of time to respond to Defendants' motion to dismiss (Doc. No. 14), which motion has been denied without prejudice by this Order. Accordingly, Plaintiff's motion for extension of time (Doc. No. 17) is **DENIED as moot**. However, the Court notes that Plaintiff's motion fails to comply with the Local Rules as well, in particular Local Rules 3.01(a) and 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."). In addition, the Court notes that the Local Rules provide that parties have twenty-one (21) days to respond to a motion to dismiss. *See* Local Rule 3.01(c).

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties