# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHAD DOUGLAS PANTLE,

    Plaintiff,

v.                                           Case No:   6:24-cv-1591-CEM-LHP

CHARLES G. CRAWFORD,
MELANIE FREEMAN CHASE,
CARLOS G. MUNIZ and DARYL
ISENHOWER,

    Defendants

---

## ORDER

Before the Court is a Motion to Prove the Authority to Represent Defendants, filed by Plaintiff, who appears *pro se*.  Doc. No. 57.  Plaintiff asks that the Court "order the Florida Attorney General and its deputies to prove their authority under Florida law to represent Defendants in the instant case."  *Id.* at 7.  Defendants oppose.  Doc. No. 58.  Without leave of Court, Plaintiff has filed a reply.  Doc. No. 59.

Upon consideration, Plaintiff's reply (Doc. No. 59) is **ORDERED stricken** as filed without leave of Court.  *See* Local Rule 3.01(d).  And the Court finds Plaintiff's motion unpersuasive for the reasons argued by Defendants in response

(Doc. No. 58), namely that Plaintiff cites no legal authority for his position that counsel is not authorized to represent Defendants, who are Judges being sued for acts taken during judicial proceedings.  *Cf. Salfi v. Ising*, 464 So. 2d 687, 689 (Fla. Dist. Ct. App. 1985) ("As a circuit judge appellant is entitled to free representation by the attorney general."); *see also Thompson v. Wainwright*, 714 F.2d 1495, 1501 (11th Cir. 1983) ("[S]o far as state law is concerned, the attorney general had authority to speak for the interests of state courts and judges as well as the other instrumentalities of Florida state sovereignty.").  Accordingly, Plaintiff's Motion (Doc. No. 57) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida on February 24, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties