UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHAD DOUGLAS PANTLE,**

      **Plaintiff,**

v.                                                                           Case No. 6:24-cv-1591-CEM-LHP

**CHARLES G. CRAWFORD,
MELANIE FREEMAN CHASE,
CARLOS G. MUNIZ, AND
DARYL ISENHOWER,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants Judge Charles G. Crawford and Judge Melanie Freeman Chase's Amended Motion to Dismiss Plaintiff's Complaint (Doc. 32) and on Defendants Judge Daryl Isenhower and Chief Justice Carlos G. Muñiz' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 35). Plaintiff filed a collective Response (Doc. 49) to both Motions. The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 62), recommending that the Motions be granted. Plaintiff filed an Objection (Doc. 63).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See*

*also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In his Objection, Plaintiff does not object to the substance of the R&R. Indeed, Plaintiff expressly states that he "will not address any points that [Judge] Hoffman Price makes in her report . . . ." (Doc. 63 at 1). Therefore, the Court need not specifically address the analysis in the R&R.

Instead, Plaintiff objects to the Magistrate Judge issuing the R&R, asserting that she did not have authority to do so because Plaintiff did not consent to the Magistrate Judge exercising jurisdiction. Plaintiff is incorrect. The Motions in this case were properly referred to the Magistrate Judge for issuance of the R&R pursuant to 28 U.S.C. § 636(b)(1)(B). Plaintiff's consent thereto was not needed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Objection (Doc. 63) is **OVERRULED**.

2. The Report and Recommendation (Doc. 62) is **ADOPTED** and made a part of this Order.

3. Defendants Judge Charles G. Crawford and Judge Melanie Freeman Chase's Amended Motion to Dismiss Plaintiff's Complaint (Doc. 32) is **GRANTED**.

4. Defendants Judge Daryl Isenhower and Chief Justice Carlos G. Muñiz' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 35) is **GRANTED**.

5. This case is **DISMISSED** without leave to amend.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party